UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERMAN VAZQUEZ,

                 Petitioner,

    v.

DEREK SANDERS, et al.,

                 Respondents.

CASE NO. 3:25-CV-6131-BJR-DWC

ORDER STRIKING IMPROPER CIVIL RIGHTS COMPLAINT

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge David W. Christel. Currently before the Court are filings by Petitioner German Vazquez seeking to pursue civil rights claims under 42 U.S.C. § 1983 in these federal habeas proceedings. Dkts. 10, 10-1, 11.

Federal habeas petitions challenging the fact or duration of custody are distinct causes of action from civil rights complaints filed under 42 U.S.C. § 1983. *See generally Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). These distinct causes of action must be pursued in separate proceedings. Because this action was initiated as one seeking federal habeas corpus relief, Petitioner may not pursue civil rights claims in this action. If Petitioner wishes to assert claims

ORDER STRIKING IMPROPER CIVIL RIGHTS
COMPLAINT - 1

under § 1983, he must file a **new, separate** civil rights action, subject to the filing requirements and fees applicable to such actions.

Accordingly, the Clerk of Court is directed to strike Petitioner's improper civil rights complaint (Dkt. 10-1) and related filings (Dkts. 10, 11) from the docket in this case.

Dated this 19th day of February, 2026.

David W. Christel
United States Magistrate Judge

ORDER STRIKING IMPROPER CIVIL RIGHTS
COMPLAINT - 2