UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERMAN VAZQUEZ,

                Petitioner,

     v.

DEREK SANDERS, et al.,

                Respondents.

CASE NO. 3:25-CV-6131-BJR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any,[1] and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's amended petition (Dkt. 15) is denied and this action is dismissed without prejudice for failure to exhaust. Petitioner's motions for preliminary injunction (Dkt. 30), to address bond (Dkt. 31), for temporary restraining order (Dkt. 37), for default judgment (Dkt. 38), to strike (Dkt. 43), for reconsideration (Dkt. 44), and for sanctions (Dkt. 45) are denied.

//

//

---

[1] No objections were filed, and the deadline for doing so has passed.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)    The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondents, and to the Hon. David W. Christel.

**DATED** this 10th day of July, 2026.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2